FILED
JUN 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 305 |
| RAHIM STUBBLEFIELD, | ) | Title 18, United States Code, Sections 922(o), and 924(a)(2) |
| DESHAWN COLLINS, | ) | |
| Defendants. | ) | JUDGE BARKER |

COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about April 18, 2024, in the Northern District of Ohio, Eastern Division, Defendant RAHIM STUBBLEFIELD did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, model 23, .40 caliber pistol, bearing serial number BKEN369 on the frame and serial number BTSN340 on the slide, designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 2
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

2. On or about April 18, 2024, in the Northern District of Ohio, Eastern Division, Defendant DESHAWN COLLINS did knowingly and unlawfully possess a firearm as defined in

Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, model 26, 9 mm caliber pistol, bearing serial number AESU486, designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

3. The allegations of Counts 1 through 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant RAHIM STUBBLEFIELD and DESHAWN COLLINS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 and 2; including, but not limited to, the following:

   A. Glock, model 23, .40 caliber pistol, bearing serial number BKEN369 on the frame and serial number BTSN340 on the slide; and

   B. Glock, model 26, 9 mm caliber pistol, bearing serial number AESU486.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.